IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO. 4:18-CR-24-CDL-MSH |
| | : |
| KENNETH JAMES, | : |
| | : |
| Defendant. | : |

**ORDER**

Pending before the Court is Defendant's motion to reduce his sentence, which the Court construes as a motion for compassionate release (ECF No. 119). This is Defendant's third motion for compassionate release. The Court denied Defendant's previous motions for compassionate release after adopting the recommendations of the Magistrate Judge. Order, May 24, 2021, ECF No. 113 (adopting recommendation); Order, Oct. 28, 2021, ECF No. 118 (adopting recommendation). The grounds for compassionate release raised in Defendant's third motion are substantively the same as his previous motions. For the reasons stated in the Magistrate Judge's previous recommendations, as adopted by the Court, Defendant's third motion for compassionate release (ECF No. 119) is **DENIED.**

SO ORDERED, this 18th day of November, 2021.

S/Clay D. Land
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA